Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No. 3:12-cv-00631-MEJ |
| Plaintiff, | |
| vs. | PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed) |
| ZOE NAUMAN, ET AL., | |
| Defendant. | |

TO THE HONORABLE MARIA-ELENA JAMES, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendant Zoe Nauman, individually and d/b/a Godspeed Bar.

WHEREFORE, Plaintiff makes the following representations and recommendations:

1.     On February 9, 2012 Plaintiff's Complaint was filed against Defendant Zoe Nauman.

2.     Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant, Zoe Nauman, despite diligent efforts to do so.

///

PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE

PAGE 1

3.      As of this writing, Plaintiff's process server has made **eight (8) different attempts** to serve defendant Zoe Nauman with its suit papers.  These attempts have been unsuccessful (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

4.      Notwithstanding the difficulties incurred to date regarding service, Plaintiff has identified an address that it believes *will be* successful to serve its initiating suit papers upon these particular defendant, and has notified its process server of same.

**WHEREFORE**, Plaintiff respectfully requests that the Court permit an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the Defendant.

Respectfully submitted,

Date: May 11, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**

**PAGE 2**

# Exhibit 1

THOMAS P. RILEY, ESQ., Bar No.: 194706
THOMAS P. RILEY, LAW OFFICES OF
1114 FREMONT AVENUE
SOUTH PASADENA, CA  91030

TELEPHONE NO.: (626) 799-3773

tprlaw@att.net

Ref. No. or File No.

ATTORNEY FOR (Name):   **PLAINTIFF**

GODSPEED BAR 2-12-11 G&G

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT
OAKLAND DIVISION
1301 CLAY ST., SOUTH TOWER
OAKLAND, CA  94612-5212

PLAINTIFF/PETITIONER:

G & G CLOSED CIRCUIT EVENTS, LLC

DEFENDANT/RESPONDENT:

NAUMAN

| NOT FOUND OR NON SERVICE RETURN | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: C12-00631 |
|---|---|---|---|---|

I am and was on the dates herein mentioned at least 18 years of age and not a party to this action. I received the within process on February 24, 2012 and that after due search, careful inquiry and diligent attempts, I have been unable to effect service as indicated below. Costs for attempted service are recoverable under CCP §1033.5 (a)(4)(B).

Documents:   SUMMONS & COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

Party Served:   ZOE NAUMAN, INDIVIDUALLY AND DBA GODSPEED BAR

Residence:   **Residence address was not known at the time of service.**

Business:   5532 SAN PABLO AVENUE, OAKLAND, CA 94608

Process is being returned without service for the following reason(s):

February 29, 2012  01:20 pm   THE GIVEN ADDRESS IS A MOTORCYCLE REPAIR SHOP. BUSINESS CLOSED, NO HOURS POSTED.
March 4, 2012  11:00 am   BUSINESS CLOSED.
March 7, 2012  04:36 pm   BUSINESS CLOSED.
March 12, 2012  02:50 pm   BUSINESS CLOSED.
March 15, 2012  06:20 pm   BUSINESS CLOSED.
March 18, 2012  01:09 pm   BUSINESS CLOSED. MARKED DOOR.
March 21, 2012  06:45 pm   BUSINESS CLOSED. MARK STILL ON DOOR.
March 24, 2012  02:00 pm   BAD ADDRESS (BUSINESS): 5532 SAN PABLO AVENUE, OAKLAND, CA 94608. BUSINESS NO LONGER OPERATING. NEVER OPEN.
April 3, 2012  12:00 pm   RETURN TO CLIENT.

**Person who served papers**
M. BLISS
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 208
LOS ANGELES, CA 90026
(213) 481-7334

**The fee** for service was:  **$84.75**
I am: registered California process server.
independent contractor
Registration No.: **721**
County: **ALAMEDA**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 3, 2012

M. BLISS

## ORDER (~~Proposed~~)

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

May 11, 2012

Plaintiff is granted an additional sixty (60) days from ~~today's date~~ to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to Defendant Zoe Nauman, where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

_____

~~Honorable Maria-Elena James~~ Maxine M. Chesney
**United States District Court Judge**
**Northern District of California**

Date: _____May 22, 2012_____

///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE**

**PAGE 3**