IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | No. C 12-631 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ZOE NAUMAN, | |
| Defendant. | |

Before the Court is plaintiff's Case Management Conference Statement. In light of plaintiff's having filed a Motion for Default Judgment, which motion is set for hearing on September 21, 2012, the Case Management Conference currently scheduled for August 24, 2012 is hereby CONTINUED to November 2, 2012.

**IT IS SO ORDERED.**

Dated: August 21, 2012

MAXINE M. CHESNEY
United States District Judge