IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,

  v.

ZOE NAUMAN, INDIVIDUALLY, and d/b/a GODSPEED BAR,

        Defendant.

                               /

No. CV- 12-0631 MMC

**JUDGMENT IN A CIVIL CASE**

      **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS SO ORDERED AND ADJUDGED** G & G's application for default judgment is hereby GRANTED in part, and plaintiff shall have judgment against defendant in the amount of $6000.

Dated: September 19, 2012

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk