1  ALAN L. ROSEN, BAR#67328
   LAW OFFICES OF ROSEN AND LOEB
2  16000 VENTURA BLVD., SUITE 1150
3  ENCINO, CA 91436
   818-907-5866    818-461-5959 (FAX)
4  Attorney for Plaintiff

5
                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7

8

9  G & G CLOSED CIRCUIT EVENTS, LLC.   )
                                       )
10              Plaintiff,             )
                                       )  Case No.: 3:12-cv-00631-MMC
11                                     )
   vs.                                 )  ~~AMENDED~~
12                                     )
                                       )
13  ZOE NAUMAN, individually dba       )  ORDER GRANTING PLAINTIFF'S
    Godspeed                           )  REQUEST FOR ORDER FOR SERVICE
14                                     )  OF PROCESS BY REGISTERED PROCESS
                Defendant                 SERVER
15

16  _____

17                              **ORDER**

18  Having read and considered the foregoing application and good cause appearing therefore,

19  **IT IS ORDERED, ADJUDGED AND DECREED:**

20  **REZAK MEYER ATTORNEY SERVICE, is authorized to serve legal process in
21  this matter including Writs of Execution. The U.S. Marshal's Service shall remain the
22  Levying Officer.**

23

24   Dated: ___June 30, 2014___                    _____
25                                                 UNITED STATES DISTRICT JUDGE

26

27

28

                                        ORDER